OPINIONS PER CURIAM, ETC., FROM FEBRUARY 27, TO APRIL 16, 1906.

No. —, Original. *Ex parte:* IN THE MATTER OF COLUMBIA GEORGE AND TOY TOY, PETITIONERS. March 5, 1906. Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. A. E. Crane* and *Mr. F. T. Woodburn* for petitioners.

---

No. 30. VALENTINE HUBER, PLAINTIFF IN ERROR, *v.* JENNINGS-HEYWOOD OIL SYNDICATE ET AL. In error to the Supreme Court of the State of Louisiana. Submitted March 1, 1906. Decided March 5, 1906. *Per Curiam.* Dismissed for want of jurisdiction. *Capital City Dairy Company* v. *Ohio,* 183 U. S. 238; *Brown* v. *New Jersey,* 175 U. S. 172; *Chapin* v. *Fye,* 179 U. S. 127; *Turner* v. *Richardson,* 180 U. S. 87; *Mutual Life Insurance Company* v. *McGrew,* 188 U. S. 291, 308; *Texas and Pacific Railway Company* v. *Southern Pacific Company,* 137 U. S. 48. *Mr. Branch K. Miller, Mr. James L. Dorman* and *Mr. D. Caffery, Jr.,* for the plaintiff in error. *Mr. Gilbert L. Dupré* for the defendants in error.